Reviewed/Revised: on 04/24/06.

AO 240 (Rev-10/03)

*[stamp: APR 13 2006 ATLANTA, GA]*
*[stamp: 4/24 2007 Grandinetti]*
*[stamp: 2007 MAR 30 A 9:46 DEBRA P. HACKETT CLERK U.S. DISTRICT COURT MIDDLE DISTRICT ALA]*

# UNITED STATES DISTRICT COURT

District of ~~ALABAMA, M.D.~~ Middle District of Alabama, Northern Division

2:07 CV 275-WHA

Francis Anthony, II

Plaintiff

v.

President Clinton; Governor, Alabama (Riley); Governor Mississippi (Barbour); et al.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

FRAP 24 APPEAL    FRAP 24(4) and FRAP 24(5).

CASE NUMBER: _____
and 2:06-MC-0001-JAO, USDC-MS, 14-1 Order
and 5:06-CV-0057-C, USDC-NDTX-LBK.

I, F. Grandinetti, #43444 (MS) declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant    ☒ other Appellant (Petitioner-Appellant.)

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  Tutwiler Correctional Facility, MS
   ~~Tallahatchie County Correctional Facility, Tutwiler, MS.~~

   Are you employed at the institution? No    Do you receive any payment from the institution? yes
   $40.00 (2004)

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.    Not available per TCCF.

2. Are you currently employed?    ☐ Yes    ☒ No    Admin. Segregation.

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.    ~~None~~ N/A.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.    ~~None.~~ August, 2004 – September, 2004, TCCF, Inmate Janitor G-17 Unit, $20.00 month.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends    ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments    ☐ Yes    ☒ No
   e. Gifts or inheritances    ☐ Yes    ☒ No
   f. Any other sources    ☒ Yes    ~~☐ No~~
   ~~Inmates~~ – about $20-$25, commissary items.

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.    ~~N/A~~ Attachment/Exhibit "E" 04/24/06

4/24/06 - Reviewed/Audited.

Status: The State of Mississippi, 2004-2006, on state detention and arrest. $250.00 bail is owed to Courtroom of Judge Denise Washington, BW 00026; and $250.00 is owed to Courtroom of Judge USDJ Glen H. Davidson, No. 2:06-MC-0001. (TCCF Inmate Acct. #53)
$100.00 owed to Judge Sam Cummings, WDTX, No. 5:06-cv-0057.

4. Do you have **any** cash or checking or savings accounts? ☑ Yes   ☐ No
And any State of Hawaii accounts.
If "Yes," state the total amount. Approx. $79.00   ($79.00, restricted acct.) (Approx. $18.50 in restricted acct. #53.)

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☑ Yes   ☑ No
4/24/06. See below.
If "Yes," describe the property and state its value.
The United States of America has confiscated all property, titles, money, assets, clothes, personal items, work and educational references of Appellant.
Approx. $100,000.00, State of Hawaii.   Plaintiff

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
~~None.~~ Family members. Not sure at this time. Mostly State of Hawaii.

I declare under penalty of perjury that the above information is true and correct. 28 U.S.C. §1746.

March 3, 2006, Fri.
Date
04/24/06

F. Guardineth #213444
Signature of Applicant
Francini Guardineth #213444

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.   FCC and TCCF refuse to provide ledger account printouts. 04/24/06.