United States District Court - MDAL

Case No. 2:07-CV-275-WHA-WC.    Doc #3-1    2007 APR 25 A 9:52

## Motion For Extension of Time

1. Having received the USMJ R & R on Thursday, April 12, 2007, and the due-date of reply on April 17, 2007, Tuesday, a 5-day reply period is insufficient. Time, FRAP 26(a).

2. The envelope was postmarked 36104, on 04/05/2007, Hasler meter, ID #16H16504112. Enclosed is proof of postmark. The "U.S. official mail" caveat and $300 private-use penalty is noted. The case herein, 2:07-CV-275, is for public use, a PLRA-challenge case. "Tallahatchie" is the first name of the facility. (Proprietary ID/facility.)

3. Ten (10) days is the usual time period allowed. Therefore, from service date on April 12, 2007, ten days thereafter is approximately April 26, 2007. An extension of time should be granted. FRAP 26(b), FRAP 27.

4. Plaintiff does have objections, and objections are respectfully entered. Plaintiff alleges he is a U.S. citizen, Syracuse, N.Y., and a "private prisoner" under the PLRA. (Habeas Corpus law.) FRAP 22.

5. This is a "Class-Action Case" Fed. R. Civ. P. 23. Venue is legal at Alabama, because Alabama, Mississippi, Colorado, Hawaii, and CCA (Tennessee), are challenging and enforcing the PLRA of 1996, President Clinton.

6. This is a "Constitutional Challenge Case" based on 28 U.S.C. §2403(a). This case may be appealed directly to the U.S. Supreme Court, pursuant to S.Ct. Rule 18.

Dated: April 13, 2007.    By: [signature]
    Plaintiff, Pro Se.

Case: 2:07cv275

Francis A. Grandinetti II A-0185087
CCA/TCCF Contractor
295 U.S. Hwy. 49 South
Tutwiler, MS 38963-5072

Telephone: (662) 345-6567, facility
Mr. Robert ___ , Warden, TCCF/CCA.

(Non-Attorney.)
"Student Lawyer, FRAP 46"

---

TO ATTORNEYS OF RECORD:    Electronic Noticing is MANDATORY in the U.S. District Court for the Middle District of Alabama.

By order of the court (General order 04-3164) Electronic Noticing is mandatory for all attorneys who wish to practice in this district.

ATTORNEYS, If you have received this notice by mail, you have not yet complied with this order, according to our records. Please register IMMEDIATELY!

The mandatory registration form for attorneys can be accessed through our web site (www.almd.uscourts.gov, click on the CM/ECF icon.  At the CM/ECF welcome page, click on the Registration button).  The form can be completed and submitted on-line.

If you have any questions or need help with our Case Management/Electronic Case Files (CM/ECF) system, please call our help desk on 334.954.3935.

① I hereby request for a "Registration" form, for attorneys of record. Please mail a form to me.

② I wish to register my two court-appointed attorneys, Mississippi and Hawaii.
   Mississippi: Law Offices of William R. Sanders, Esq., 23 South Court Sq., P.O. Drawer 416, Charleston MS 38924-0416. Tel. (662) 647-3656. Fax 647-5740. Court-appointed counsel, Justice Court, MS, # CR00082GDW.
   Hawaii: Stanton C. Oshiro, Esq., HSBA4009, Law Offices of Stanton Oshiro, P.C., 168-C Keawe St., 1289-E Kilauea Ave, Hilo, HI 96720. Tel. (808) 935-3348.    Court-appointed, 93-CR-141, Third Circuit Court.

③ The attorneys registered in this case, #2:07cv275, are not the same as any reported/registered in #2:06-cv-304 NDAL. ("Contract Attorney"/CCA).

x _Francis Grandinetti_

Gen. Order # 04-3164.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

OFFICIAL BUSINESS

Mail service Proof:

# 2:07-cv-275
Doc #3-1
Rec'd by mail on
04/12/2007, Thur.
@ 3pm.
Mrs. Katie Taylor,
Mailroom lady.

X _____
Plaintiff/Party.



US OFFICIAL MAIL
$300 PENALTY
FOR PRIVATE USE

Hasler
$00.390
Mailed From 36104
04/05/2007
US POSTAGE