IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| FRANCIS A. GRANDINETTI, II #A-185 087 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-275-WHA |
| PRESIDENT WILLIAM JEFFERSON CLINTON, D-AR, *et al*., | * | |
| | * | |
| Defendant. | | |

_____

**ORDER ON MOTION**

Plaintiff requests an extension of time to file objections to the Recommendation of the Magistrate Judge entered April 5, 2007. (Doc. No. 3.) Plaintiff's motion has been read, considered, and shall be granted.

Accordingly, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 4) is GRANTED;

2. Plaintiff is GRANTED an extension from April 17, 2007 to May 9, 2007 to file his objections.

Done, this 27th day of April 2007.

　　　　　　　　　　　　　　 /s/ Wallace Capel, Jr.
　　　　　　　　　　　　　　WALLACE CAPEL, JR.
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE