U.S. District Court
M.D. Alabama, Northern Division

RECEIVED
2007 MAY -9 A 9:59
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Grandinetti, aka    2:07-CV-275
vs.
President Clinton, et al.    Motion, Exhibits
(Class-Action Case)

Pro Se Plaintiff's Motion #2 For Extension of Time

On April 30, 2007, the Court's order was received by mail. (See reverse side, Doc. 5-1.) However, the TCCF Law Librarian has been vacant, and no law library services available to Plaintiff. In addition, Plaintiff has been extremely ill from a Hepatitis B and/or T.B. infection. Due to sickness and no law librarian, a 60-day extension of time is of merit, from May 9, 2007 to July 8, 2007. (Fed. R. Civ. P. law.)

This case is a challenge to the Rivera vs. Allin case, 144 F.3d 719 (11th Cir. 1998), for the P.L.R.A. of 1995. This challenge is of merit, and since Allin remedy is of merit. Plaintiff alleges "imminent threat of serious physical injury," based upon being a "Reagan-Bush Republican Political Agent" and "DOJ/USMS Federal Intern" under federal arrest by President Clinton's enactment of the P.L.R.A. in 1996. Venue is valid in the federal district of Alabama, as Plaintiff was transferred to CCA/TCCF on June 4, 2004, following the ADOC Inmate Bussing Integration plan, a nationwide presidential integration plan.
Plaintiff shall be transferred to BOP/DOJ in Wash. DC.

Dated: May 4, 2007.    By: _____

Case: 2:07cv275

CCA # 09845

Francis A. Grandinetti II  A-0185087
CCA/TCCF Contractor #1403
295 U.S. Hwy. 49 South
Tutwiler, MS 38963-5072

H-20 #208-B Segregation

---

TO ATTORNEYS OF RECORD:    Electronic Noticing is MANDATORY in the District Court for the Middle District of Alabama.

By order of the court (General order 04-3164) Electronic Noticing is mandatory for all attorneys who wish to practice in this district.

ATTORNEYS, If you have received this notice by mail, you have not yet complied with this order, according to our records. Please register IMMEDIATELY!

The mandatory registration form for attorneys can be accessed through our web site (www.almd.uscourts.gov, click on the CM/ECF icon. At the CM/ECF welcome page, click on the Registration button). The form can be completed and submitted on-line

If you have any questions or need help with our Case Management/Electronic Case Files (CM/ECF) system, please call our help desk on 334.954.3935.

Counsel of Record:
Law Offices of Stanton C. Oshiro, P.C.
Stanton C. Oshiro, Esq. USA, A4009
1289-E Kilauea, Hilo, HI 96720
Tel. (808) 935-3348.

May 1, 2007 Tues.
FRAP 25(c),
mailbox rule.
28 USC §1746.

Francis A. Grandinetti, II
A-0185087 # PSD inmate
CCA/TCCF #1403
295 U.S. Hwy. 49 South
Tutwiler MS 38963

Clerk
U.S. District Court
P.O. Box 711
Montgomery AL
36101-0711



02 1A    $ 00.39⁰
0004626167   MAY 07 2007
MAILED FROM ZIP CODE 38963

MAILED FROM
TALLAHATCHIE COUNTY CORRECTIONAL FACILITY
NOT RESPONSIBLE FOR CONTENT

2:07-CV-275 WHA
(Motion)

3610130722 B007



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

OFFICIAL BUSINESS

US OFFICIAL MAIL
$300 PENALTY
FOR PRIVATE U[SE]

Hasler
$00.390
04/27/2007
Mailed From 36104
US POSTAGE

2:07-cv-275
#5-1
Received on 04/30/2007.