IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| FRANCIS A. GRANDINETTI, II<br>#A-185 087<br>    Plaintiff, | *<br><br>* | |
| v. | * | 2:07-CV-275-WHA |
| PRESIDENT WILLIAM JEFFERSON<br>CLINTON, D-AR, *et al.*, | *<br><br>* | |
|    Defendant. | | |

_____

**ORDER ON MOTION**

Plaintiff seeks an extension to and including July 8, 2007 to file objections to the Recommendation of the Magistrate Judge entered on April 5, 2007. Plaintiff's request that he be allowed an additional two months to file objections to the April 5 Recommendation shall be denied. The original objection period is 13 days. The purpose of filing objections is to specifically identify findings in the Recommendation to which Plaintiff has an objection. The purpose is not to re-argue the merits of the complaint nor to present additional arguments. Frivolous, conclusive, or general objections will not be considered. Additionally, Rule 8(e)(1), *Federal Rules of Civil Procedure*, directs that [e]ach averment of a pleading shall be **simple**, **concise**, and **direct**.

In light of the foregoing, Plaintiff shall be granted an fourteen (14) day time period within which file his objections. No additional time to file objections shall be entertained by the court.

Accordingly, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time to and including July 8, 2007 to file objections (Doc. No. 6), is DENIED;

2. Plaintiff is GRANTED an extension from May 9, 2007 to May 23, 2007 to file his objections. No further requests for additional time to file objections shall be entertained by the court.

Done, this 11th day of May 2007.

    /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE