1. Plaintiff's Motion for Extension of Time to and including July 8, 2007 to file objections (Doc. No. 6), is DENIED;

2. Plaintiff is GRANTED an extension from May 9, 2007 to May 23, 2007 to file his objections. No further requests for additional time to file objections shall be entertained by the court.

Done, this 11th day of May 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

## Written Objections and Motion

1. The AEDPA and PLRA are unconstitutional Acts, and the U.S. Constitution preempts such statutory schemes. (28 U.S.C. §1251.)

2. Supreme Court Rules are governing, not statutory law (U.S. codes). The specific Rule (S.Ct.U.S.) cited is Rule 17, "original jurisdiction" law, under Article III, Eleventh Amendment law, access to the U.S. Constitution.

3. This case is hereby voluntarily dismissed by Plaintiff, without prejudice, 28 U.S.C. §1911, et seq., prior to the May 23, 2007 deadline. Plaintiff may then pursue his claims against the AEDPA and PLRA, and President Clinton, when he is released from custody. Rule 18, Appeals, 2:07-cv-0275.

Dated: Tutwiler, Mississippi, on
May 16, 2007, Wednesday.
(28 U.S.C. §1746.)

By: #A-0185 087, J. [signature]
Plaintiff/Petitioner, Pro Se

-2-

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FRANCIS A. GRANDINETTI, II<br>#A-185 087<br>    Plaintiff, | * | |
| v. | * | 2:07-CV-275-WHA |
| PRESIDENT WILLIAM JEFFERSON<br>CLINTON, D-AR, *et al.*,<br>    Defendant. | *<br>* | |

**ORDER ON MOTION**

Plaintiff seeks an extension to and including July 8, 2007 to file objections to the Recommendation of the Magistrate Judge entered on April 5, 2007. Plaintiff's request that he be allowed an additional two months to file objections to the April 5 Recommendation shall be denied. The original objection period is 13 days. The purpose of filing objections is to specifically identify findings in the Recommendation to which Plaintiff has an objection. The purpose is not to re-argue the merits of the complaint nor to present additional arguments. Frivolous, conclusive, or general objections will not be considered. Additionally, Rule 8(e)(1), *Federal Rules of Civil Procedure*, directs that [e]ach averment of a pleading shall be **simple**, **concise**, and **direct**.

In light of the foregoing, Plaintiff shall be granted an fourteen (14) day time period within which file his objections. No additional time to file objections shall be entertained by the court.

Accordingly, it is ORDERED that:

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

OFFICIAL BUSINESS

Proof of Mailing/Service:

2:07-CV-275-WHA
Doc. 7-1-order.
Received on:
May 15, 2007, Tues.

X _____
Plaintiff, Pro Se
H-16 #202-B Seg

US OFFICIAL MAIL
$300 PENALTY
FOR PRIVATE USE



Hasler

$00.390
05/11/2007
Mailed From 36104
US POSTAGE

RECEIVED

_Updated Address - 05/16/2007_ 2007 MAY 24 A 9:40

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Francis A. Grandinetti II A-0185087
CCA/TCCF Contractor #~~1403~~
295 U.S. Hwy. 49 South
Tutwiler, MS 38963-5072
_H-16 #202-B Segregation Unit, ID#213444_

---

TO ATTORNEYS OF RECORD:    Electronic Noticing is MANDATORY in the
District Court for the Middle District of Alabama.

By order of the court (General order 04-3164) Electronic Noticing is
mandatory for all attorneys who wish to practice in this district.

ATTORNEYS, If you have received this notice by mail, you have not yet
complied with this order, according to our records. Please register
IMMEDIATELY!

The mandatory registration form for attorneys can be accessed through our
web site (www.almd.uscourts.gov, click on the CM/ECF icon.  At the CM/ECF
welcome page, click on the Registration button).  The form can be completed
and submitted on-line

If you have any questions or need help with our Case Management/Electronic
Case Files (CM/ECF) system, please call our help desk on 334.954.3935.

_Attorney Registration:_
_None yet._