IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRANCIS A. GRANDINETTI, #185087, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv275-WHA |
| | ) |
| WILLIAM JEFFERSON CLINTON, et al., | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

Upon an independent evaluation and *de novo* review of this case, including the Order and Recommendation of the Magistrate Judge (Doc. #3), filed on April 5, 2007, and the Written Objections and Motion (Doc. #8), filed by the Plaintiff on May 24, 2007, the court finds that the Plaintiff has stated no lawful objection to the Recommendation. Therefore, the objections are overruled and the motion DENIED. The court adopts the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that this case is DISMISSED without prejudice for Plaintiff's failure to pay the full filing fee upon the initiation of this case.

DONE this 5th day of June, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE