IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRANCIS A. GRANDINETTI, #185087, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:07cv275-WHA |
| ) | |
| WILLIAM JEFFERSON CLINTON, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Plaintiffs' Notice of Appeal of Final Judgment Entered (Doc. #11) was filed both in this case and in Case No. 2:06cv304-MHT. Final Judgment was entered in this case on June 5, 2007 (Doc. #10), based on Plaintiff's failure to pay the full filing fee upon initiation of this case. The court construes this Notice of Appeal to include a request for *in forma pauperis* treatment. For the reasons set out in previous orders, and also for the reason that this Notice of Appeal is untimely, the court finds the Notice of Appeal to be frivolous, and so certifies. Plaintiff's request for *in forma pauperis* treatment is DENIED.

DONE this 23rd day of October, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE