RECEIVED

2007 DEC -4  A 10: 02

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

November 29, 2007

**Appeal Number: 07-14893-G**
Case Style: Francise A. Grandinetti v. William J. Clinton
District Court Number: 07-00275 CV-A-N

TO:  Debra P. Hackett

CC:  Francis A. Grandinetti, II (AIS 185087)

CC:  Leura Garrett Canary

CC:  Administrative File

CC:  Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

November 29, 2007

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-14893-G**
Case Style: Francise A. Grandinetti v. William J. Clinton
District Court Number: 07-00275 CV-A-N

The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction is issued as the mandate of this court. See 11th Cir. R. 40-4 and 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Walter Pollard (404) 335-6186

Encl.

DIS-4 (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-14893-G



FRANCIS A. GRANDINETTI, II,

                                         Plaintiff-Appellant,

versus

WILLIAM JEFFERSON CLINTON,
President, D-AR,
JANET RENO,
Attorney General, D-FL,
WILLIAM SESSIONS,
FBI Director,

                                         Defendants-Appellees.

---

Appeal from the United States District Court for the
Middle District of Alabama

---

Before: TJOFLAT, ANDERSON, and HULL, Circuit Judges.

BY THE COURT:

    This appeal is DISMISSED, <u>sua sponte</u>, for lack of jurisdiction. The October 4, 2007, notice of appeal is untimely to contest the district court's June 4, 2007, order dismissing the appellant's complaint pursuant to 28 U.S.C. § 1915(g). <u>See</u> Fed.R.App.P. 4(a)(1)(A); <u>Rinaldo v. Corbett</u>, 256 F.3d 1276, 1278 (11th Cir. 2001).

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 40-4 and all other applicable rules.

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: *Walt Pella*
Deputy Clerk
Atlanta, Georgia